1  Larry W. McFarland (Bar No. 129668)
   E-Mail:  lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail:  dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail:  dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail:  cvaras@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California  90212
7  Telephone:  (310) 248-3830
   Facsimile:  (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA GAME NETWORK INC.

10

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16  | ZYNGA GAME NETWORK INC., a Delaware Corporation, | **CASE NO.  CV:09-5298 MHP** |
17  | | |
    | | **STIPULATED REQUEST TO CONTINUE** |
18  | Plaintiff, | **CASE MANAGEMENT CONFERENCE** |
19  | v. | |
20  | GREGORY SZIMONISZ, an individual; and JARET SZIMONISZ, an individual, | |
21  | | |
    | Defendants. | |
22

23

24

25

26

27

28

1   Plaintiff Zynga Game Network Inc. ("Zynga") and defendants Gregory Szimonisz and Jaret
2   Szimonisz ("Defendants") (Zynga and Defendants are collectively referred to as the "Parties"), by
3   and through their counsel, hereby stipulate as follows:

4   **RECITALS**

5   WHEREAS:  Zynga filed the instant case on November 6, 2009; and

6   WHEREAS:  The Initial Case Management Conference in this case is scheduled for June 7,
7   2010; and

8   WHEREAS:  Since Defendants were served with process, the parties have been engaged in
9   good faith settlement discussions; and

10  WHEREAS:  The Parties have made progress toward reaching a settlement, and are
11  optimistic that they will be able to reach a settlement prior to the June 7 Initial Case Management
12  Conference.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

**STIPULATION**

Based on the foregoing recitals, the Parties hereby stipulate and jointly request that the Initial Case Management Conference in this case be continued until Monday, June 21, 2010 at 4:00pm, or until another date and time that is convenient for the Court, and that all related dates, including ADR dates, be continued accordingly.

**IT IS SO STIPULATED**

Dated: May 17, 2010                                  By:              /s/
                                                     Christopher T. Varas
                                                     Keats McFarland & Wilson LLP
                                                     Attorneys for Plaintiff
                                                     ZYNGA GAME NETWORK INC.


Dated: May 17, 2010                                  By:              /s/
                                                     Colbern C. Stuart, III
                                                     Lexevia LLP
                                                     Attorneys for Defendants
                                                     GREGORY SZIMONISZ and JARET SZIMONISZ


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Initial Case Management Conference in this matter is hereby CONTINUED until ~~June 21~~ **August 2**, 2010 at 4:00pm. All related dates, including all ADR dates, are hereby CONTINUED accordingly.

ENTERED THIS 24th DAY OF  May    , 2010

_____
The Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED

- 2 -                       CASE NO. CV:09-5298 MHP
                            STIPULATED REQUEST TO CONTINUE
                            CASE MANAGEMENT CONFERENCE

**PROOF OF SERVICE**
<u>Zynga Game Network Inc. v. Gregory Szimonisz, et al.</u>
U.S. District Court, Northern District of California
San Francisco Division
Case No. CV 09-5298 MHP

I, the undersigned, say: I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the office of Keats McFarland & Wilson LLP, by a member of the Bar of this Court, at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practices of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited that same day with the United States Postal Service, postage thereon fully prepaid.

On May 17, 2010, I served a copy of the following document(s) entitled:

**STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE**

upon counsel and/or interested parties named below by placing a true and correct copy thereof in an envelope, addressed as follows, and by the method stated:

**SEE ATTACHED SERVICE LIST**

BY MAIL: I sealed said envelope and, following the ordinary business practices of my employer, placed said sealed envelope in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date. I am aware that on motion of the party served, service is presumed invalid if postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2010, at Beverly Hills, California.

_____/s/_____
Darrell V. Orme Mann

**PROOF OF SERVICE**
<u>Zynga Game Network Inc. v. Gregory Szimonisz, et al.</u>
U.S. District Court, Northern District of California
San Francisco Division
Case No. CV 09-5298 MHP

S E R V I C E   L I S T

**BY FIRST CLASS MAIL:**
Colbern C. Stuart, III
Lexevia LLP
4139 Via Marina, Suite 1303
Marina Del Rey, CA 90292
Telephone:  (310) 746-6112
Facsimile:   (424) 228-5272
E-Mail:      cole.suart@lexevia.com
**Attorneys for Defendants Gregory Szimonisz and Jaret Szimonisz**